UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel Schneider |
| v. | : | Mag. No. 16-2017 (JS) |
| IGNACIO CUESTA | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of William E. Fitzpatrick, Acting United States Attorney for the District of New Jersey (Patrick C. Askin, Assistant U.S. Attorney, appearing), and defendant IGNACIO CUESTA. (by and through his attorney, Patrick Duffy, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from August 11, 2017 through October 31, 2017 to allow the parties to engage in pre-indictment negotiations, obtain and review relevant evidence, and if possible, attempt to reach a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant is represented by Patrick Duffy, Esquire. Mr. Duffy entered his appearance as retained counsel on January 26, 2017.

(2) Pre-indictment negotiations are currently in progress, and both the United States and the defendant desire additional time to receive and review relevant evidence and if possible, negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter

unnecessary. The parties are also attempting to resolve any forfeiture issues as part of the plea negotiations. There have been five previous continuances requested by the parties.

(3) The defendant, through counsel, consents to this continuance and to the exclusion of time under the Speedy Trial Act so that he may have additional time to receive and review discovery and attempt to negotiate an acceptable plea agreement with the government.

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 11th day of August, 2017,

ORDERED that this action be, and hereby is, continued from August 11, 2017 through October 31, 2017; and it is further

ORDERED that the period from August 11, 2017 through October 31, 2017 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. JOEL SCHNEIDER
United States Magistrate Judge

PATRICK C. ASKIN, AUSA

PATRICK T. DUFFY, ESQ.
Counsel for defendant

8-10-17
DATE